IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**RODERICK WHITE,**                                                                                    **PLAINTIFF**
**ADC #92057**

v.                              **CASE NO. 2:12CV00078 BSM/JTK**

**NURSE RANEW, et al.**                                                                              **DEFENDANTS**

## ORDER

The proposed findings and recommended disposition submitted by United States Magistrate Judge Jerome T. Kearney have been reviewed. No objections were filed. After carefully considering these documents and making a *de novo* review of the record, it is concluded that the proposed findings and recommended disposition should be, and hereby are, approved and adopted in their entirety in all respects.

IT IS THEREFORE ORDERED that:

1.  Plaintiff's motion to proceed *in forma pauperis* [Doc. No. 1] is denied.

2.  Should plaintiff wish to continue this case, he is required to submit the statutory filing fee of $350 to the Clerk, noting the above case style and number within ten (10) days of the date of this order, together with a motion to reopen the case. Upon receipt of the motion and full payment, the case will be reopened.

3.  Plaintiff's complaint is DISMISSED without prejudice.

Dated this 11th day of June 2012.

                                                               /s/ Brian S. Miller
                                                   UNITED STATES DISTRICT JUDGE