IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**RODERICK WHITE,**                                                                **PLAINTIFF**
**ADC #92057**

**v.**                          **CASE NO. 2:12CV00078 BSM/JTK**

**NURSE RANEW, et al.**                                                          **DEFENDANTS**

## JUDGMENT

Pursuant to the order entered in this matter on this date, it is Considered, Ordered and Adjudged that this case be, and it is hereby, DISMISSED without prejudice. The relief sought is denied.

IT IS SO ORDERED this 11th day of June 2012.

_____
UNITED STATES DISTRICT JUDGE